1 | Michael D. Ott, #064454
2 | David J. Frankenberger, #186140
  | ERICKSEN ARBUTHNOT
3 | Attorneys At Law
  | 2440 West Shaw Avenue, Suite 101
4 | Fresno, California 93711
  | Phone (559) 449-2600
5 | Fax (559) 449-2603

6 | Attorneys for Defendant/Cross-Claimant/Cross-Defendant RANDY'S TRUCKING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| TINA KNOTT, | ) Case No. F 09-1759 OWW DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION OF DISMISSAL AND** |
|   | ) **ORDER THEREON** |
| AMTRAK CALIFORNIA, RANDY'S TRUCKING, INC.; and DOES 1 TO 20, inclusive, | ) |
| Defendants. | ) |

   IT IS HEREBY STIPULATED, by and between Michael D. Ott, Esq., for Plaintiff, Defendant/Cross-Claimant/Cross-Defendant Randy's Trucking, Inc., and Mark L. Nations, Chief Deputy, for Third Party Defendant, Cross Defendant and Counter Defendant, County of Kern, that the above consolidated action be and hereby is dismissed with prejudice, as to County of Kern only, pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2).

1

_____
Stipulation of Dismissal and Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1  Each party will bear its own costs and attorneys fees.

2  DATED:   December 9, 2009                              ERICKSEN ARBUTHNOT

4                                                   By ____/ s / Michael D. Ott____
5                                                          Michael D. Ott
                                                           Attorneys for Defendants
6                                                          RANDY'S TRUCKING, INC.

9  DATED:   __12/7_____, 2009                           KERN COUNTY COUNSEL

11                                                  By _____/ s / Mark L. Nations_____
                                                           Mark L. Nations
12                                                  Attorneys for Defendant, Third Party
13 Defendant

                                                    Counter Defendant and Cross Defendant,
14                                                         COUNTY OF KERN

                                         **********
18                                          ORDER

19    IT IS SO ORDERED.

22 DATED:   December 11, 2009                       /s/ OLIVER W. WANGER

                                                    United States District Judge
                                                    Eastern District of California

2

_____
Stipulation of Dismissal and Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com