1
2
3                       **UNITED STATES DISTRICT COURT**
4
5                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
6
7    RANDY'S TRUCKING, INC. and STAR      1:08-CV-00819 DLB
     INSURANCE COMPANY v. CITY OF         Lead Case  SHAFTER,
8    et al.
9
10   ROI SMITH v. RANDY'S TRUCKING, INC.   1:09-CV-00211 OWW DLB
11   Consolidated Under Lead  Case
12
13    ROBERT GARCIA, et al., v. AMTRAK, et  1:09-CV-00331 OWW DLB  al.
14                                         Consolidated Under Lead  Case
15
16   TINA KNOTT v. RANDY'S TRUCKING, INC,  1:09-CV-01759 OWW DLB
17   et al.                                Related Case
18
19                                         ORDER RE POSSIBLE
                                           CONSOLIDATION
20
21
22        Based upon the Court's review of the pleadings, there may be
     good cause to consolidate the related case, *Knott v. Randy's
23   Trucking, et al.,* 1:09-cv-1759 OWW DLB, with the three cases
24        consolidated under lead case No. 1:09-cv-00819.  All four
     cases  concern a July 19, 2007 collision between an Amtrak
25   passenger  train and a truck in the City of Shafter, California.
     The  parties are directed to file a status report no later than
26
27
28
                                   1

PDF created with pdfFactory trial version www.pdffactory.com

January 15, 2010, stating their positions regarding this proposed consolidation.

1
2
3  IT IS SO ORDERED:
4
5  Date: December 22, 2009   /s/ OLIVER W. WANGER
6                              United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com